FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 7 2025
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-4148 MLG |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 922(g)(5) and 924: |
| ) | Alien in Possession of a Firearm and |
| **LUCAS GOMEZ-LOPEZ**, ) | Ammunition; |
| ) | |
| Defendant. ) | Count 2: 8 U.S.C. §§ 1326(a) and (b): |
| ) | Reentry of a Removed Alien. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about August 18, 2024, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **LUCAS GOMEZ-LOPEZ**, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm and ammunition in and affecting commerce, specifically including Winchester 9mm pistol ammunition.

In violation of 18 U.S.C. §§ 922(g)(5) and 924.

Count 2

On or about August 18, 2024, the defendant, **LUCAS GOMEZ-LOPEZ**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Santa Fe County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about April 13, 2012, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney