IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                         No. CR 25-4148 MLG

LUCAS GOMEZ-LOPEZ,

    Defendant.

## ORDER CONTINUING MOTIONS DEADLINE AND TRIAL SETTING

This matter is before the Court on Defendant's Unopposed Motion to Continue Motions Deadline and Trial Setting. ("Motion"). Doc. 15. The Court has reviewed the Motion. It is unopposed. The Motion has been filed in accordance with the provisions of 18 USC § 3161 (h)(7)(a), and it appears that the ends of justice will be served by allowing the requested continuance. The Court also finds that the stated bases for the requested continuance outweigh the public's interest in a speedy trial, and that the Defendant has acknowledged a continuance is necessary. Accordingly, having considered the Motion, and in light of the holding in *United States v. Toombs,* 574 F.3d 1262 (2009), the Court holds that the Defendant has created a sufficient record to justify granting the motion to continue. *See id.*, 574 F.3d at 1271 (requiring that the record on a motion to continue "contain an explanation of why the mere occurrence of the event identified by the party as necessitating the continuance results in the need for additional time").

It is therefore ordered that Defendant's Unopposed Motion to Continue (Doc. 15) is granted.

It is further ordered that the Pretrial Conference hearing of December 23, 2025 and the Jury Selection/Trial of January 5, 2026 are VACATED.

Pretrial Conference is reset for April 3, 2026 at 1:30 p.m. and the Jury Selection/Trial is reset for April 13, 2026 at 9:00 a.m. before Judge Matthew L. Garcia at the United States Courthouse, 333 Lomas Blvd., N.W., Cimarron Courtroom, 5th Floor in Albuquerque, New Mexico.

It is further ordered that pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice are best served by granting the unopposed motion for continuance and that those considerations outweigh the best interest of the public and the defendant in a speedy trial. Therefore, all the time from the filing of the motion until the beginning of jury selection in this matter shall be excluded for the purpose of the Speedy Trial Act.

It is finally ordered that counsel shall adhere to the Court's instructions and case management deadlines as set forth in the following attachment, "Pretrial Deadlines and Procedures for Criminal Cases before The Honorable Matthew L. Garcia."

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA