*Rev. March 14, 2023*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 25-4148 MLG | UNITED STATES vs. GOMEZ-LOPEZ |
|---|---|

### Before The Honorable Laura Fashing, United States Magistrate Judge

| Hearing Date: | 03/18/2026 | Time In and Out: | 1:30-1:53 |
|---|---|---|---|
| Clerk: | N. Maestas | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Lucas Gomez-Lopez | Defendant's Counsel: | Irma Rivas |
| AUSA: | Chris Schultz | Interpreter: | M. Gonzalez-Hibner | ☒ Sworn |
| | | | | ☐ Waived |

| | | | |
|---|---|---|---|
| ☒ | Defendant Sworn | ☐ | First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | |
| ☒ | Deft acknowledges receipt of:    **Indictment** | | |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ | Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. | | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | | |
| ☒ | Deft pleads GUILTY to:  **Indictment**          Count 2 | | |
| ☐ | Allocution by Deft on elements of charge(s). | | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| ☒ | Deft adjudged guilty. | | |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | |
| ☒ | Sentencing Date: **to be notified** | | |
| ☒ | Defendant to Remain in Custody | | |
| ☐ | Present conditions of release continued | ☐ | Conditions changed to: |
| ☐ | Penalty for failure to appear explained | | |
| ☒ | Presentence Report Ordered | ☒ | Expedited (Type III) |
| | Other Matters: | | |