Rev. November 10, 2015

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
## BEFORE THE HONORABLE MATTHEW L. GARCIA

| CR No: | 25-4148 MLG | USA vs. | Gomez-Lopez | | | |
|---|---|---|---|---|---|---|
| Date: | 7/9/26 | Defendant: | Lucas Gomez-Lopez | | | |

| Time In/Out: | 9:32 – 9:46 | Total Time in Court: | 14 minutes |
|---|---|---|---|
| Clerk: | E. Romero | Court Reporter: | R. Brazil |
| AUSA: | Chris Schultz | Defendant's Counsel: | Irma Rivas |
| Courtroom: | Cimarron | Probation Officer: | D. Martinez |
| Interpreter: | M. Gonzalez-Hibner | Interpreter Sworn? | ☒ Previously sworn |

| Convicted on: | Plea | As to: | | Counts: | |
|---|---|---|---|---|---|
| Guilty Plea: | | Plea Agreement: | | | |

| Date of Plea/Verdict: | Date | PSR: | Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
|---|---|---|---|---|---|---|

| Exceptions to PSR: | |
|---|---|

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):**

☐ 500-Hour Drug Program  ☐ BOP sex-offender treatment program  Other:

**SUPERVISED RELEASE:**  ☐ Mandatory/Standard Conditions

### SPECIAL CONDITIONS OF SUPERVISION

| ☐ Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☐ Parties have no objections to the conditions listed in Attachment A. Doc. |
|---|---|
| ☐ Parties waive reading of conditions. | ☐ Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | | Due Immediately |
|---|---|---|---|---|---|---|

| Forfeit rights title & interest to: | |
|---|---|

## OTHER

☐ Advised of Right to Appeal  ☒ Held in Custody

☐ Recommended place(s) of incarceration:

☐ Dismissed Counts:

## PROCEEDINGS

Court in session – parties state appearances; Court addresses Defendant; Parties have no objections or corrections; Court notifies parties a variance upward may be warranted; Ms. Rivas answers Court's questions re: Defendant's criminal history; Ms. Rivas requests a continuance; Mr. Schultz does not object to a continuance; Mr. Schultz answers Court's questions; Court will grant continuance and reset hearing to July 22, 2026 at 10:00 a.m.; Parties will provide additional briefing on or before July 16, 2026. HEARING CONTINUED