Letter        July 12, 2026

Re: United States v. Lucas Gomez-Lopez
    USDC No. 25-cr-04148 MLG

Dear, Honorable Judge Mtthew L. Garcia,

My name is Martha Casillas, and I have been the romantic partner of Lucas for almost 12 years. I have been a cook for over 20 years.

At the request of Lucas Gomez Lopez, I am sending this letter to relate to the court my personal experience with Lucas.

I met Lucas in August of 2014 at my workplace and ever since I met him, he was always kind and talkative with me. Soon we became a couple, and I started going out with him.

I then introduced him to my daughters and my family. He was always respectful and a good person toward them, and that is what I liked about him. He was always with me supporting me in everything. We worked and were able to get ahead.

We also attended couples' conferences at the Iglesia Biblica Bautista del Valle [Del Valle Baptist Biblical Church] in Arroyo Seco.

After all this time that has passed, with all the good and bad that now separates us, and from my personal experience I can tell you that Lucas is a good man and he has a good heart.

I am aware of the charges Lucas faces, and I understand and respect the fact that the court has the responsibility to make any decision.

Thank you very much for taking my personal experience into account. God bless you.

Sincerely,
    Martha Casillas

*Translator's Certification*
*I, Javier Macias, Federally Certified Court Interpreter, hereby certify that I am fluent in both English and Spanish, competent and qualified to translate between those languages. I further certify that this is a translation into English of a source document written in Spanish, and that the translation is complete and accurate to the best of my ability.*

Javier Macias                                                Date   07/13/26

**DEFENDANT'S EXHIBIT A**



Carta   12 de Julio  2026

RE: UNITED STATES v. LUCAS GOMEZ-LOPEZ
      USDC No. 25-cr-04148 MLG

Estimado y Honorable Juez Matthew L. Garcia

Mi Nombre es Martha Casillas Soy Pareja
Sentimental de Lucas ya por 12 años.
Mi ocupacion soy Cosinera ya por mas de
20 años.

A Peticion de Lucas Gomez Lopez le mando
esta Carta para Contar de mi experiencia
Pevsonal Sobre Lucas ante el Tribunal

Yo Conosi a Lucas en Agosto de 2014 en
mi lugar de trabajo y desde que lo conosi
Siempre fue amable y Platicador Conmigo
Pronto nos Isimos Novios y empese a Salir conel.

Luego Lo presento ante mis hijas y a mi
familia Siempre fue respetoso y Buena gente
Con ellos y eso fue lo que me gusto de el
Siempre estubo conmigo apoyandome en todo
trabajamos y Salimos adelante

Tambien asistiamos a las Conferecias de
Pareja en la Iglesia Biblica Bautista
del Valle en Arroyo Seco.



Despues del tiempo que ha pasado de lo bueno y lo malo que ahora nos a Separado y de mi experiencia Personal le Puedo decir que Lucas es un buen hombre y tiene muy buen corazon

Estoy al tanto de los cargos que tiene Lucas y Entiendo y Respeto que el Tribunal Es responsable de tomar Cualquier decicion

muchas gracias Por tomar encuenta mi experiencia Personal   Dios los bentiga

Atte
    Martha Casillas

tel  505 9274731

Yulissa Martinez
4040 La Veta Dr.
Loveland, CO 80538

July 12, 2026

Honorable Judge Matthew L. Garcia
U.S. District Court
Albuquerque, NM

Character Reference for Lucas Gomez-Lopez

Dear Judge Garcia,

My name is Yulissa Martinez. I am a former educator in New Mexico and Hawai'i, a military spouse, and a mother. I hold a bachelor's degree in Human Development and Family Studies from the University of Hawai'i at Manoa. My background has provided me with a deep understanding of complex human behaviors and the importance of personal accountability, values I carry with me today as I write in support of Lucas.

I have known Lucas for 12 years, since my mother, Martha Casillas, first introduced him to our family in 2014. Throughout that time, I have known him to be a kind, respectful, and observant individual who consistently ensures those around him feel heard and cared for. When I began college at the University of New Mexico in 2017, Lucas and my mother were a vital support system for me. Their constant encouragement and care were instrumental in my transition to independence, which played a huge part in my transition. Even after I married and moved out of state in 2019, he maintained positive interactions when he was around, even when I was far from home.

I am fully aware of the serious charges Lucas faces and the gravity of the decision before this court. While I do not excuse his actions, I believe they stem from the company he kept rather than a reflection of his true character. My mother has always seen his potential, and I along with many other of my family members, have seen firsthand the good person he is capable of being. I have faith that facing these consequences, coupled with his faith, will serve as a turning point for him to lead a reformed life.

I appreciate the court's time and the careful consideration you are giving to this matter.

Respectfully,

Yulissa Martinez

**From:** Martha Casillas
**To:** Irma Rivas
**Subject:** Fwd: Letter
**Date:** Monday, July 13, 2026 3:12:36 PM

EXTERNAL SENDER

Enviado desde mi iPhone

Inicio del mensaje reenviado:

**De:** Alice Romero <dona.alicia@gmail.com>
**Fecha:** julio 12, 2026 a las 9:12:19 p.m. MDT
**Para:** cmartha79@icloud.com
**Asunto: Letter**

Date: July 12, 2026

Re: United States v. Lucas Gomez-Lopez
USDC No. 25-cr-04148 MLG

To: The Honorable Matthew L. Garcia
U.S. District Court for the District of New Mexico

Dear Judge Garcia,

My name is Alice Romero. I am the Owner/Operator of Michael's Mini Mart in Velarde, New Mexico. I am writing this letter at the request of Lucas Gomez-Lopez to share my personal observations of him with the Court.

I first met Lucas in July 2022 through my business. During the time I have known him, I have seen him on occasions connected with our business, including when he dropped off Martha M. Casillas, who has worked with us since July 2022. In my interactions with Lucas, he presented himself as a decent, respectful, and professional person.

Based on my personal experience, my interactions with him were always courteous. He conducted himself appropriately and made a positive impression on me in the limited times I encountered him.

I understand that the Court is responsible for making an important decision in this case, and I respect that process. I am not writing to discuss the charges themselves or to offer opinions beyond my own personal observations. I simply wanted to share the character I have observed in my direct interactions with Lucas.

Thank you for taking the time to consider my statement.

Sincerely,

**Alice Romero**
Owner/Operator
Michael's Mini Mart
Velarde, NM
(505) 927-7720

dona.alicia@gmail.com

July 13, 2026

Maria Chavez
#363 County Rd. 84
Santa Fe, NM  87506

Re: Lucas Gomez-Lopez

To the Honorable Judge Matthew L. Garcia:

This letter is to certify that I, Maria G. Chavez have known Lucas Gomez for 10+ years. I am aware of his current charges I met him through my cousin Martha Casillas and since then Lucas has been a very respectful and polite person. He always has a positive attitude and focused in becoming a better person for the family and for his community.

This is my telephone number if you have any questions or concerns 505-670-2982.

Sincerely,

Maria G. Chavez