DEFENDANT'S EXHIBIT B



**univex**

# *Certificate of Completion*

THIS CERTIFICATE IS PRESENTED TO

Gomez, Lucas

*for the successful completion of the Univex Food Prep Equipment courses*

ASCEND

Daniel Tsiakos
*VP, Sales and Marketing*

1-29-26
*Date*