IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

    vs.                          No. 1:25-CR-04148-MLG

LUCAS GOMEZ-LOPEZ,

     Defendant.

### Supplement to Amended Sentencing Memorandum

Lucas Gomez-Lopez, through counsel, submits the attached Exhibit D as a supplement to the *Amended Sentencing Memorandum* (Doc. 33), filed on July 15th, 2026. Mr. Gomez-Lopez respectfully requests that the court take this additional evidence into consideration at the Sentencing Hearing scheduled for July 22, 2026.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

/s/   *filed electronically*        .
IRMA RIVAS, AFPD
Attorney for LUCAS GOMEZ-LOPEZ

1