Rev. November 10, 2015

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

| CR No: | 25-4148 MLG | USA vs. | Gomez-Lopez | | |
|---|---|---|---|---|---|
| Date: | 7/22/26 | Defendant: | Lucas Gomez-Lopez | | |

| Time In/Out: | 10:00 – 10:16 | Total Time in Court: | 16 minutes |
|---|---|---|---|
| Clerk: | E. Romero | Court Reporter: | R. Brazil |
| AUSA: | Chris Schultz | Defendant's Counsel: | Irma Rivas |
| Courtroom: | Cimarron | Probation Officer: | K. Talamantes |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| Convicted on: | Plea | As to: | Indictment | Counts: | 1 |
|---|---|---|---|---|---|
| Guilty Plea: | Accepted | Plea Agreement: | Accepted | | |
| Date of Plea/Verdict: | 3/18/26 | PSR: Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):** 21 months

| ☐ 500-Hour Drug Program | ☐ BOP sex-offender treatment program | Other: |
|---|---|---|

**SUPERVISED RELEASE:** 2 years     ☒ Mandatory/Standard Conditions

## SPECIAL CONDITIONS OF SUPERVISION

| ☒ Defendant must comply with ICE laws and regulations. | ☒ If deported, you must not reenter the United States without legal authorization. |
|---|---|
| ☒ Court Recommends ICE begin removal proceedings immediately | ☐ |

## MONETARY PENALTIES / FORFEITURES

| Fine: $ -0- | Restitution: $ -0- | SPA: $ 100.00 | Due Immediately |
|---|---|---|---|
| Forfeit rights title & interest to: | | | |

## OTHER

| ☒ Advised of Right to Appeal | ☒ Held in Custody |
|---|---|
| ☐ Recommended place(s) of incarceration: | |
| ☐ Dismissed Counts: | |

## PROCEEDINGS

Court in session – parties state appearances; Court addresses parties and reminds everyone the reason for this second setting; Ms. Rivas addresses Court for sentencing and objections; Ms. Rivas answers Court's questions; Officer Talamantes answers Court's questions; Ms. Rivas continues; Defendant does not wish to address the Court; Mr. Schultz addresses Court for sentencing; Officer Talamantes answers Court's question; Court addresses parties and outlines proposed sentence; Parties have nothing to add; Court addresses Defendant and imposes sentence; Parties have nothing to add.